| | |
|---|---|
| STEPHEN CHA-KIM (NY - 4979357)<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>250 West 55th Street<br>New York, NY 10019-9710<br>Telephone: 212.836.8000<br>Email: stephen.cha-kim@arnoldporter.com | AMARIS MONTES (MD - 2112150205)<br>RIGHTS BEHIND BARS<br>416 Florida Avenue N.W. #26152<br>Washington, D.C. 20001-0506<br>Telephone: (202) 455-4399<br>Email: amaris@rightsbehindbars.org |
| CARSON ANDERSON (CA - 317308)<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>3000 El Camino Real<br>Five Palo Alto Square, Suite 500<br>Palo Alto, CA 94306-3807<br>Telephone: 650.319.4500<br>Email: carson.anderson@arnoldporter.com | SUSAN M. BEATY (CA - 324048)<br>CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE<br>1999 Harrison Street, Suite 1800<br>Oakland, California 94612-4700<br>Telephone: (510) 679-3674<br>Email: susan@ccijustice.org |
| NATALIE STEIERT* (DC - 90010655)<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>601 Massachusetts Ave., NW<br>Washington, DC 20001-3743<br>Telephone: 202.942.5000<br>Email: natalie.steiert@arnoldporter.com | MARK RAFTREY (CA - 352610)<br>BROOKE D'AMORE BRADLEY (CA - 353030)<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>Three Embarcadero Center, 10th Floor<br>San Francisco, CA 94111-4024<br>Telephone: 415-471-3361<br>Email: mark.raftrey@arnoldporter.com<br>brooke.damorebradley@arnoldporter.com |

*Pro hac vice pending

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| Z.T.S.,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA; UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, a governmental entity; and SINCLAIR,<br><br>    Defendants. | **Case No. 4:24-cv-01370**<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE OF VOLUNTARY DISMISSAL

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Z.T.S. ("Plaintiff"), by and through her attorneys, hereby gives notice of her voluntary dismissal of this case with prejudice.

Respectfully submitted,

DATED: February 6, 2025      ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ Carson D. Anderson*
Stephen Cha-Kim
Carson D. Anderson
Natalie Steiert
Brooke D'Amore Bradley
Mark Raftrey

DATED: February 6, 2025      RIGHTS BEHIND BARS

By: */s/ Amaris Montes*
Amaris Montes

DATED: February 6, 2025      CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE

By: */s/ Susan Beaty*
Susan Beaty

**Attorneys for Plaintiff**